ANDREW KOLCHINS, Respondent, v EVOLUTION MARKETS, INC., Appellant.

Submitted December 27, 2016; decided February 14, 2017

Motion to dismiss appeal denied.

1178

Judge WILSON taking no part.